The People of the State of New York ex rel. Interborough Rapid Transit Company, Relator, v. Clark Williams, as Comptroller of the State of New York, Respondent.— Motion denied.

Domenico Ravito, Respondent, v. Hudson Portland Cement Company, Appellant.— Motion denied.

Gertrude H. Stickles and Others, Respondents, v. Wilber Miller and Others, Appellants.— Motion denied.

Lizzie Turnbull and Another, as Administrators, etc., of Peter Turnbull, Deceased, Respondents, v. George H. Turnbull, Appellant.— Motion denied.

Dora Vibbard, as Executrix, etc., of Harry R. Vibbard, Deceased, v. Kinser Construction Company.— Motion denied. Stay vacated.

Susie L. Van Alstine and Another, as Administrators, etc., of Orson A. Van Alstine, Deceased, Respondents, v. Standard Light, Heat and Power Company of Unadilla, New York, Appellant.— Motion granted.

William E. Young, Respondent, v. Grenville M. Ingalsbe, as Executor, etc., of Lyman H. Northrup, Deceased, Appellant.— Motion denied.